# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA**

      **Plaintiff,**

-vs-                                                Case No. 3:10-CR-45

**MICHAEL PREUSS,**

      **Defendant.**

---

**ORDER ADOPTING THE REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE (DOC. #9), ACCEPTING THE PLEA OF GUILTY, AND REFERRING THE CASE TO THE U.S. PROBATION DEPARTMENT FOR A PRESENTENCE INVESTIGATION AND REPORT**

---

      This matter came on for a hearing on April 13, 2010, for a change of plea hearing. The matter was heard before United States Magistrate Judge Michael R. Merz. Having conducted a full plea colloquy with the defendant, the Magistrate Judge concluded that the Defendants plea of guilty was knowing, intelligent, and voluntary, and that there is an adequate factual basis for a finding of guilt.

      The Court, noting that no objections have been filed thereto, and that the time for filing such objections expired on April 30, 2010, hereby ADOPTS said Report and Recommendations.

      Therefore, based upon the aforesaid, and this Courts de novo review of the comprehensive findings by the United States Magistrate Judge this Court adopts the Report and Recommendations of the United States Magistrate Judge (Doc. #9) in its entirety, finding that the plea was knowing, intelligent and voluntary. The Defendant is FOUND guilty of the offenses for which he pled. This matter is ORDERED referred to the Unites States Probation Department for a presentence investigation and report. Sentencing is scheduled for July 9, 2010, at 10:30 a.m.

      **DONE** and **ORDERED** in Dayton, Ohio, this 4th day of May, 2010.

                                                            s/Thomas M. Rose

                                                THOMAS M. ROSE, JUDGE
                                               UNITED STATES DISTRICT COURT